**Dismissed and Memorandum Opinion filed July 15, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00364-CV

### RHONDA LOZANO, Appellant

### V.

### PAMELA BROOKS, Appellee

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1044289**

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this appeal is from a final judgment signed April 28, 2014, in a forcible detainer action. Appellant Rhonda Lozano filed her notice of appeal on May 8, 2014. On May 12, 2014, the Harris County Clerk filed a contest to appellant's affidavit of indigence. *See* Tex. R. App. P. 20.1(e). After a hearing, on May 14, 2014, the trial court signed an order sustaining the contest and ordering appellant to pay all costs of the appeal. On May 16, 2014, the Harris County Clerk filed a partial clerk's record containing the

documents concerning appellant's indigency claim. Appellant did not seek review of the trial court's ruling. *See* Tex. R. App. P. 20.1(j).

Accordingly, on June 3, 2014, this court ordered appellant to pay or make arrangements to pay for the complete clerk's record in this appeal. *See* Tex. R. App. P. 20.1(n)(2). This court's order stated that unless appellant provided this court with proof of payment for the complete record within fifteen days of the date of its order, the appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b). No complete clerk's record has been filed. On July 1, 2014, the clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

In addition, the appellate filing fee of $195.00 has not been paid. This court ordered appellant to pay the filing fee in the amount of $195.00 to the clerk of this court on or before June 18, 2014, or the appeal would be dismissed. *See* Tex. R. App. P. 5; 20.1(n)(1); 42.3(c). The filing fee has not been paid and appellant has not responded to this court's order.

Therefore, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Donovan and Brown.